**No. 66995.**—Engis Equipment Company *v.* United States, protest 266275–K/7249 (Chicago).

Opinon by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of instruments similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 28, 1962

**No. 66996.**—Capitol Distributors Corp. Trans. et al. *v.* United States, protests 197547–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.